**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
           treyda@burosr.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr. Ste. 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARNOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No.  5:19-cv-00265-JGB-SHK<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE SCHEDULING CONFERENCE**<br><br>Conference Date: May 6, 2019<br>Time: 11:00 a.m.<br>Courtroom: 1<br><br>Hon. Jesus G. Bernal |

Plaintiff Michael Arnold ("Mr. Arnold" or "Plaintiff") hereby respectfully requests for his counsel Thomas A. Reyda to appear telephonically at the Scheduling Conference set for May 6, 2019 at 11:00 a.m.  Good cause exists for this request because Mr. Reyda has obligations in another matter that make in-person attendance difficult, although possible, on the scheduled date.  Plaintiff therefore respectfully requests that the Court allow Mr. Reyda to appear telephonically for the May 6, 2019 scheduling conference.

Dated: April 30, 2019                    Respectfully submitted,

                                         **BURSOR & FISHER, P.A.**

                                         By:   */s/ Thomas A. Reyda*
                                                  Thomas A. Reyda

                                         L. Timothy Fisher (State Bar No. 191626)
                                         Thomas A. Reyda (State Bar No. 312632)
                                         1990 North California Blvd., Suite 940
                                         Walnut Creek, CA 94596
                                         Telephone: (925) 300-4455
                                         Facsimile: (925) 407-2700
                                         E-Mail:  ltfisher@bursor.com
                                                     treyda@burosr.com

                                         **BURSOR & FISHER, P.A.**
                                         Scott A. Bursor (State Bar No. 276006)
                                         2665 S. Bayshore Dr. Ste. 220
                                         Miami, FL 33133-5402
                                         Telephone:  \(305) 330-5512
                                         Facsimile:  (305) 676-9006
                                         E-Mail: scott@bursor.com

                                         *Attorney for Plaintiff*