| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Scott A. Bursor (State Bar No. 276006)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:  ltfisher@bursor.com<br>           scott@bursor.com<br><br>*Attorneys for Plaintiff* |

JS-6

**TROUTMAN SANDERS LLP**
Jessica Lohr, Bar No. 302348
jessica.lohr@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone:     (858) 509-6000
Facsimile:      (858) 509-6040

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARNOLD, on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br><br>       v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                            Defendant. | Case No. 5:19-cv-00265-JGB-SHK<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL** |

ORDER GRANTING DISMISSAL; CASE NO. 5:19-CV-00265-JGB-SHK

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is hereby directed to close the file.

Dated: July 22, 2019

_____
HON. JESUS G. BERNAL
U.S. District Court Judge